NELLIE MACK, Appellant, *v.* THE TRAVELERS PROTECTIVE ASSOCIATION and Others, Respondents, Impleaded with NORTH AMERICAN ACCIDENT INSURANCE COMPANY, Defendant.

First Department, March 21, 1941.

*Sidney J. Loeb* of counsel [*Prince & Loeb*, attorneys], for the appellant.

*Henry I. Fillman* of counsel [*Maxwell C. Katz* and *Irving S. Freedman* with him on the brief; *Katz & Sommerich* and *Adolph F. Bruenner*, attorneys], for the respondents Pacific Mutual Life Insurance Company and The Travelers Protective Association.

*Charles J. Nehrbas* of counsel [*Henry C. Moses* with him on the brief; *Moses, Nehrbas & Tyler*, attorneys], for the respondent Commercial Travelers Mutual Accident Association.

PER CURIAM. In view of the convincing evidence of suicide, errors, including any error in admitting the exclamation of the witness Sarah Bond as part of the *res gestæ*, may be disregarded upon the ground that they did not affect the result. (Civ. Prac. Act, § 106.)

The judgment should be affirmed, with costs.

Present — MARTIN, P. J., UNTERMYER, DORE, COHN and CALLAHAN, JJ.

Judgment unanimously affirmed, with costs.